IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DONNELL DEVON SMITH, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. CIV-12-754-R ) |
| ROBERT PATTON, | ) ) |
| Respondent. | ) ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin entered September 8, 2015 [Doc. No. 24]. On September 29, 2015 Petitioner was granted an extension of time until October 21, 2015 within which to file his objection to the Report and Recommendation. As of this date, no objection to the Report and Recommendation has been filed nor has an additional extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the Petition for Writ of Habeas Corpus is hereby DISMISSED.

It is so ordered this 3rd day of November, 2015.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE